UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA §
*ex rel.* BLAKE N. STAUB, M.D.,              §
                                                              §
    *Plaintiff,*                               §
                                                              §          Civil Action No. 3:21-CV-2113-X
v.                                                          §
                                                              §
SPINAL SIMPLICITY LLC, *et al.*,           §
                                                              §
    *Defendant.*                             §

## DISMISSAL ORDER

Realtor having filed notice to dismiss this case without prejudice, [Doc. 17], and the United States having provided its consent to the proposed dismissal, [Doc. 18], it is therefore:

ORDERED that this case is dismissed without prejudice as to Realtor and without prejudice as to the United States; and it is further

ORDERED that the following documents shall be unsealed and publicly docketed by the clerk: the complaint filed on September 3, 2021, [Doc. 2]; the notice of dismissal and accompanying consent statement filed on October 2, 2023, [Docs. 17, 18], and this order, [Doc. 19].  All other documents filed in this action prior to the date of this order shall remain under seal.  The seal shall also be lifted going forward such that all papers, if any, filed in this action after the date of this order shall not be sealed, unless separately ordered by the Court.

1

**IT IS SO ORDERED** this 5th day of October, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2